UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, NEWARK DIVISION

---

ESTHER H. SILBERSTEIN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CLIENT SERVICES, INC., and John Does 1-25

    Defendants.

Case No.: 2:19-cv-16497

---

### **DEFENDANT CLIENT SERVICES, INC.'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Client Services, Inc. ("Defendant"), by and through its undersigned counsel, will move before the Honorable Kevin McNulty, United States District Court Judge, on October 21, 2019 at Courtroom PO 04 of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, requesting an Order granting Defendant's motion to dismiss.

In support hereof, Defendant submits a memorandum of law and otherwise relies on all of the pleadings and proceedings in this action as prescribed under the local rules. Pursuant to Local Rule 78.1(b), oral argument is requested.

WHEREFORE, for the reasons stated in the brief and supporting documents, Defendant respectfully requests an Order dismissing this action, along with all other relief this Honorable Court deems just and proper.

Dated: September 17, 2019

                                        Respectfully submitted,

                                        /s Sean M. O'Brien
                                        Sean M. O'Brien, Esq.
                                        New Jersey Bar #093702013
                                        Lippes Mathias Wexler Friedman LLP
                                        Attorneys for Defendant
                                        50 Fountain Plaza, Suite 1700
                                        Buffalo, NY 14202
                                        P: 716-853-5100
                                        F: 716-853-5100
                                        sobrien@lippes.com